Certificate Number: 14912-PAW-DE-030537204

Bankruptcy Case Number: 18-10070



14912-PAW-DE-030537204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2018, at 8:59 o'clock AM EST, Amanda Ricci completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 7, 2018              By:     /s/Jai Bhatt

                                      Name:   Jai Bhatt

                                      Title:  Counselor